UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAO SHENG LIN,<br><br>       Petitioner,<br><br>       v.<br><br>WARDEN, ORANGE COUNTY CORRECTIONAL FACILITY, in his official capacity; FIELD OFFICE DIRECTOR, NEW YORK FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, in his official capacity; SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, in his official capacity,<br><br>       Respondents. | 26-CV-3221<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Petitioner Mao Sheng Lin filed this instant *pro se* petition of habeas corpus dated April 14, 2026, pursuant to 28 U.S.C. § 2241, which was received by the Court today.  It is hereby ordered that:

1. Respondents shall file an opposition by April 28, 2026, as to why the petition should not be granted.

2. Petitioner shall have the opportunity to reply by May 1, 2026.

3. This matter shall be heard by the Court on May 4, 2026, at 4:30 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.  Respondents shall produce Petitioner at this hearing.

4. To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases);

*see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

5. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov. The Clerk of Court is respectfully ordered to mail a copy of this order to Petitioner.

SO ORDERED.

Dated:      April 22, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge