UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAO SHENG LIN,

                Petitioner,

        v.

WARDEN, ORANGE COUNTY CORRECTIONAL
FACILITY, in his official capacity; FIELD OFFICE
DIRECTOR, NEW YORK FIELD OFFICE, U.S.
IMMIGRATION AND CUSTOMS ENFORCEMENT, in
his official capacity; SECRETARY, U.S.
DEPARTMENT OF HOMELAND SECURITY, in his
official capacity,

                Respondents.

26-CV-3221

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the Government's representation that Petitioner was released on May 15, 2026,

Dkt. 18, Petitioner shall file a letter by July 17, 2026, informing the Court whether any issues

remain for resolution.  If no such letter is received by that date, the Court will deem the petition

moot and close the case.  The Government is ordered to serve Petitioner with a copy of this order

and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:      June 18, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge