UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAO SHENG LIN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ORANGE COUNTY CORRECTIONAL FACILITY, in his official capacity; FIELD OFFICE DIRECTOR, NEW YORK FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, in his official capacity; SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, in his official capacity,<br><br>Respondents. | 26-CV-3221<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On June 17, 2026, the Government filed a letter informing the Court that Petitioner had been released from custody on May 15, 2026, and seeking denial of the petition as moot. Dkt. 17 ("Gov.'s Ltr."). On June 18, 2026, the Court issued an order directing Petitioner to file a letter by July 17, 2026, to inform the Court whether any issues remained for resolution. Dkt. 19 ("Order"). The Order notified Petitioner that "if no such letter is received by that date, the Court will deem the petition moot and close the case." *Id.* at 1. The Order further directed the Government to serve Petitioner with a copy of that order. *Id.* On June 23, 2026, the Government filed a certificate of service confirming that Petitioner was served with a copy of the Order on June 22, 2026. Dkt. 20 ("Cert. of Serv."). To date, Petitioner has not filed the letter. Accordingly, the Court denies the petition as moot. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: July 20, 2026
New York, New York

Ronnie Abrams
United States District Judge