UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAO SHENG LIN,

Petitioner,

v.

WARDEN, ORANGE COUNTY CORRECTIONAL FACILITY, in his official capacity; FIELD OFFICE DIRECTOR, NEW YORK FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, in his official capacity; SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, in his official capacity,

Respondents.

26-CV-3221

ORDER

RONNIE ABRAMS, United States District Judge:

On July 20, 2026, the Court issued an order denying the petition as moot. Dkt. 21. The Government is ordered to serve Petitioner with a copy of that order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: July 22, 2026
New York, New York

Ronnie Abrams
United States District Judge